# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00217-EWN-MEH

JOHN EUGENE PEREZ SR.,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court on Defendant's Unopposed Motion to Dismiss with Prejudice, and the Court, having considered said motion, finds that the motion is well taken and should be **GRANTED**.

IT IS, THEREFORE, **ORDERED** that this Complaint against Defendant is dismissed with prejudice.

SO ORDERED, this 28th day of July, 2006.

                                            s/ Edward W. Nottingham
                                            United States District Judge